2, 1914.) Action by John Herbert Cromwell against the Long Island Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that plaintiff was guilty of contributory negligence as matter of law, with whom JENKS, P. J., concurs.

---

CUOCO et al., Respondents, v. CLASSON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Luigi Cuoco and another against the Classon Building Company and another. No opinion. Motion to dismiss appeal denied, upon condition that the appellants perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 149 N. Y. Supp. 1077.

---

CUOCO et al., Respondents, v. CLASSON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Luigi Cuoco, and another against the Classon Building Company and another.

PER CURIAM. The respondents should deposit with the county clerk for inspection, pending certification of the case, the exhibits; and the appellants may have five days after notice of the submission of such exhibits to the county clerk to procure certification of the case on appeal, place the same on the calendar, and be ready for argument when reached. See, also, 149 N. Y. Supp. 1077.

---

CURTIN, Respondent, v. CLARKSON & FORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by John J. Curtin against the Clarkson & Ford Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CURTIS BROS. LUMBER CO., Respondent, v. THRALL CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by the Curtis Bros. Lumber Company against the Thrall Construction Company and others. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, on authority of Deeves v. Metropolitan, etc., Co., 6 Misc. Rep. 91, 26 N. Y. Supp. 23, affirmed on opinion below 141 N. Y. 587, 36 N. E. 739, and motion remitted to said court for disposition in accordance with said authority.

---

In re DAHLGREN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of John V. Dahlgren. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

D'AMATO et al. v. ELKEMA et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Gaetano D'Amato and others against Annie V. Elkema and another, as substituted trustees, etc., of Mary A. Buskirk, deceased, and others. No opinion. Judgment affirmed by default, with costs.

---

DANKOWSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by Mary Dankowski, as administratrix, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

---

DAVIES, Respondent, v. CORNING & P. P. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Charles H. Davies against the Corning & Painted Post Street Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 149 N. Y. Supp. 1077.

---

DAVIES, Respondent, v. CORNING & P. P. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Charles H. Davies against the Corning & Painted Post Street Railway Company. No opinion. Order denying motion for appointment of referee affirmed, with $10 costs and disbursements. See, also, 149 N. Y. Supp. 1077.

---

DAVIS, Appellant, v. DAVIS, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by James R. Davis against Emma Estelle Davis. No opinion. Order affirmed, with $10 costs and disbursements.

---

DAVIS, Respondent, v. GAS ENGINE & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Edwin L. Davis against the Gas Engine & Power Company and another consolidated.

PER CURIAM. In view of the death of defendant's superintendent, Purdy, between the time at which plaintiff was allowed to withdraw a juror at the second trial and the making of this motion for leave to serve an amended complaint, we think that prejudicial injury would be sustained by defendant under all the circumstances, due to the laches of plaintiff in making his application for leave to serve an amended complaint. Therefore the order permitting the service of an amended complaint is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. See, also, 148 App. Div. 791, 133 N. Y. Supp. 247.